IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ROBERT CAMPBELL, :
:
    Plaintiff, :
:
v. : 7:07-CV-123 (WLS)
:
OFFICER WILLIE CHARLES, :
:
    Defendant. :
_____ :

**O R D E R**

    Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. No. 20), filed October 29, 2007. It is recommended that Defendant's motion for summary judgment be granted. (Doc. No. 16). The Plaintiff failed to respond to the instant motion after notice from the Magistrate Judge and has failed to file a timely objection to the Report and Recommendation.

    Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Defendant's motion for summary judgment (Doc. No. 16) is **GRANTED.**

    SO ORDERED, this __6th__ day of March, 2008.

                                                  /s/W. Louis Sands
                                                **W. Louis Sands, Judge**
                                                **United States District Court**